60618. BRADFIELD v. JACKSON et al.

Quillian, Presiding Judge.

Appeal was taken from the lower court's denial of appellant's petition for certiorari to that court.

Since there was a failure to comply with the requirements of Code Ann. § 6-701.1 (Ga. L. 1979, pp. 619, 620) the appeal must be dismissed. See *Mabry v. Mabry,* 245 Ga. 512 (266 SE2d 799).

*Appeal dismissed. Shulman and Carley, JJ., concur.*

Argued September 17, 1980 — Decided October 10, 1980.

*Antonio L. Thomas,* for appellant.
*Pamela R. Simmons, Malcolm J. Hall, Marva Jones Brooks,* for appellees.